# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JANE ELLEN WEISMAN, | : | No. 831 MAL 2015 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| MICHAEL PAUL WEISMAN, | : | |
| Respondent | : | |
| JANE ELLEN WEISMAN, | : | No. 832 MAL 2015 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| MICHAEL PAUL WEISMAN, | : | |
| Respondent | : | |
| JANE ELLEN WEISMAN, | : | No. 833 MAL 2015 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| MICHAEL PAUL WEISMAN, | : | |
| Respondent | : | |
| JANE ELLEN WEISMAN, | : | No. 834 MAL 2015 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |

                                                    :
                                                    :
MICHAEL PAUL WEISMAN,                               :
                                                    :
          Respondent                                :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Donohue did not participate in the consideration or decision of this matter.